**M. G. THEVIS, t/a Paris Book Stall,**
**Plaintiff-Appellant,**

v.

**George G. SEIBELS, Jr., in his capacity as Mayor of the City of Birmingham, et al., Defendants-Appellees.**

**No. 72–1860**
**Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

July 24, 1972.

Robert Eugene Smith, Towson, Md., D. Freeman Hutton, Atlanta, Ga., Ferris S. Ritchey, Jr., Birmingham, Ala., for plaintiff-appellant.

J. M. Breckenridge, City Atty., Herbert Jenkins, Jr., Birmingham, Ala., for defendants-appellees.

Before BELL, DYER and CLARK, Circuit Judges.

PER CURIAM:

The order of the district court dismissing Thevis' complaint is affirmed. Federal declaratory or injunctive relief against state criminal prosecutions, whether pending or threatened, is not justified in the absence of proof of bad faith, harassment, or other extraordinary circumstances that would call for equitable relief. Younger v. Harris, 1971, 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669; Samuels v. Mackell, 1971, 401 U.S. 66, 91 S.Ct. 764, 27 L. Ed.2d 688; Boyle v. Landry, 1971, 401 U.S. 77, 91 S.Ct. 758, 27 L.Ed.2d 696; Dombrowski v. Pfister, 1965, 380 U.S. 479, 85 S.Ct. 1116, 14 L.Ed.2d 22; Douglas v. City of Jeannette, 1943, 319 U.S. 157, 63 S.Ct. 877, 87 L.Ed. 1324; Fenner v. Boykin, 1926, 271 U.S. 240, 46 S.Ct. 492, 70 L.Ed. 927; Becker v.

---

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I.

**614**

 

Thompson, 5 Cir. 1972, 463 F.2d 1338, petition for rehearing en banc denied; Cooley v. Endictor, 5 Cir. 1972, 458 F.2d 513; Thevis v. Moore, 5 Cir. 1971, 440 F.2d 1350.

Affirmed.